**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6753**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BOBBY SAMUEL HUGHES, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:00-cr-00004-JRS-1)

Submitted: September 20, 2012      Decided: November 2, 2012

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby Samuel Hughes, Jr., Appellant Pro Se. Gurney Wingate Grant, II, David Thomas Maguire, Elizabeth Wu, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Samuel Hughes, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Hughes, No. 3:00-cr-00004-JRS-1 (E.D. Va. Apr. 6, 2012). We deny Hughes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED